1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA (Nevada Bar No. 8599)
2  311 East Liberty Street
   Reno, NV  89501
3  Telephone:  775/323-1321
   Facsimile:   775/323-4082
4  david@omaralaw.net

5  Attorneys for Plaintiff

6  [Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN GIBSON, individually and on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>KINGDOM TRUST,<br><br>　　　　　　　　　　　Defendant. | Case No.  2:24-cv-1619-CDS-EJY<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Nathan Gibson, by and through his undersigned counsel, voluntarily dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as no parties have served either an answer or motion for summary judgment.

DATED: September 18, 2024　　　　　　THE O'MARA LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　 /s/ David C. O'Mara
　　　　　　　　　　　　　　　　　　　　　DAVID C. O'MARA, ESQ.
　　　　　　　　　　　　　　　　　　　311 E. Liberty Street
　　　　　　　　　　　　　　　　　　　Reno, Nevada 89501
　　　　　　　　　　　　　　　　　　　david@omaralaw.net
　　　　　　　　　　　　　　　　　　　775.323.1321

- 1 -

SROURIAN LAW FIRM, P.C.
Daniel Srourian, Esq.*
3435 Wilshire Blvd, Ste 1710
Los Angeles, California 90010
daniel@slfla.com
213.474.3800
*Counsel for Representative Plaintiff and the Proposed Class(es)*

*Pro Hac Vice Forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

Dated: September 18, 2024     /s/ Bryan Snyder
                                                     BRYAN SNYDER